UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., a minor, by and through CATHERINE GREER, His Guardian Ad Litem,<br><br>      Plaintiff,<br><br>    v.<br><br>REDWOOD CITY SCHOOL DISTRICT,<br><br>      Defendant.<br>_____/ | No. C05-3606 EMC<br><br><br><br>**ORDER** |

      Plaintiff is hereby ordered to refile its complaint and comply with Civil Local Rule 3-17(a)(2). In the interim, the Complaint and all other documents mentioning the minor plaintiff by name are sealed.

Dated: September 12, 2005

                                                  _____<br>
                                                  EDWARD M. CHEN<br>
                                                  UNITED STATE MAGISTRATE JUDGE