Susan Foley, SBN 234319
Law Offices of Susan Foley
3242 Countryside Drive
San Mateo, California 94403
Phone: (650) 345-2300
Fax: (650) 345-2302
Email: susanfoley@aol.com
Counsel for Plaintiff,
L.F.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., a minor, By and Through CATHERINE GREER, his Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD CITY SCHOOL DISTRICT,<br>Defendant. | Case No.: C 05 3606 EMC<br><br>AMENDED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER APPOINTING GUARDIAN AD LITEM |

Petitioner, L.F., alleges that he is a minor who was born on July 15, 1997.

Petitioner, who is the plaintiff in the above-entitled case, brings this action as an appeal of an administrative order under 20 U.S.C. § 1415(i).

Petitioner has no general guardian, and no previous Petition for Appointment of a guardian ad litem has been filed in this matter.

CATHERINE GREER is the parent of petitioner and is competent to act as guardian ad litem.

WHEREFOR, Petitioner prays that CATHERINE GREER be appointed as Guardian Ad Litem for Petitioner.

I declare under penalty of perjury under the laws of the United States and under the laws of the State of California that the foregoing is true and correct.

Dated: September 10, 2005

*Susan Foley*
Attorney for Petitioner, L.F.

## CONSENT OF NOMINEE

I, CATHERINE GREER, the nominee of plaintiff, consent to act as guardian ad litem for the minor plaintiff in the above entitled action.

Dated: September 10, 2005

CATHERINE GREER

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of CATHERINE GREER for the appointment of guardian ad litem for petitioner, a minor, who is plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that CATHERINE GREER be appointed guardian ad litem for L.F. in the above-captioned action.

Dated: September 13, 2005

~~UNITED STATES DISTRICT COURT JUDGE~~

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

-2-

AMENDED Petition for Appointment of Guardian Ad Litem